UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: CV 16-0092-AG (RAO)     Date: February 23, 2016
Title: Nicandro Cortez Bernal, aka Jose Luis Perez v. Stu Sherman, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Defendant(s): |
| n/a | n/a |

**Proceedings:**     **ORDER**

Petitioner Nicandro Cortez Bernal, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on December 28, 2015. It appears that Petitioner's prison I.D. number, which is listed on the Petition, is associated with the name Jose Luis Perez. Because the prison I.D. number does not match the name of the addressee on court mail sent to Petitioner, the mail is not being delivered to Petitioner and, instead, is being returned to the Court.

To ensure that Petitioner receives court mail in this matter, IT IS HEREBY ORDERED that the docket in this matter will be updated to reflect the name Jose Luis Perez as an alias for Petitioner.

IT IS FURTHER ORDERED that the Court's February 1, 2016 Order to Show Cause is being re-sent to Petitioner. Petitioner has until March 16, 2016 to respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

**Attachment:**
February 1, 2016 Order to Show Cause

: _____
Initials of Preparer    gr