# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICANDRO CORTEZ BERNAL, aka JOSE LUIS PEREZ,<br><br>Petitioner,<br><br>v.<br><br>STU SHERMAN, et al.,<br><br>Respondent. | Case No. CV 16-00092 AG (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: July 30, 2017

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE